# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | Case No.: 22-169 MJ |
|---|---|
| v. | **CRIMINAL COMPLAINT** (Electronically Submitted) |
| James Williams Roberts | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about January 9, 2022, in the District of Arizona, Defendant JAMES WILLIAMS ROBERTS, used a child to produce child pornography, in violation of Title 18, United States Code, Section 2251(a).

### COUNT 2

On or about March 23, 2022, in the District of Arizona, Defendant JAMES WILLIAMS ROBERTS, used a child to produce child pornography, in violation of Title 18, United States Code, Section 2251(a).

### COUNT 3

On or about April 13, 2022, in the District of Arizona, Defendant JAMES WILLIAMS ROBERTS, used a child to produce child pornography, in violation of Title 18, United States Code, Section 2251(a).

I further state that I am a Special Agent from the FBI and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: _s/Brett A. Day_, AUSA  *BDay*

Candace M. Rose, Special Agent, FBI
Name of Complainant

Signature of Complainant

Telephonically Sworn to and subscribed

_June 6, 2022_   at   Phoenix, Arizona
Date                        City and State

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Candace M. Rose, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows, to wit:

## INTRODUCTION

The facts of this case, as more fully detailed herein, are that on or about March 24, 2022, the Arizona Department of Child Safety (DCS) received a report of an inappropriate image showing what was believed to be JAMES WILLIAMS ROBERTS with his arm around his nude daughter who is a minor.

The Phoenix Police Department opened an investigation, and as part of the investigation, served a search warrant on the Apple iCloud account belonging to ROBERTS. Within that account, several images and videos depicting ROBERTS' minor daughter in various stages of undress, dancing in sexually suggestive ways, exhibiting her breasts and/or genitalia, and performing oral sex on ROBERTS were discovered.

In this affidavit, I believe there is probable cause to believe that JAMES WILLIAMS ROBERTS produced child pornography in violation of 18 U.S.C. §§ 2251(a) and (e); and 2256.

## PRELIMINARY BACKGROUND INFORMATION

1. I am a Special Agent with the FBI assigned to the Phoenix Division. I have been so employed for eighteen years and I am specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children. I have received basic, advanced, and on-the-job training in the investigation of cases involving the sexual exploitation of children. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

## DETAILS OF THE INVESTIGATION

2. An anonymous source reported to the Arizona Department of Child Services (DCS) that they had received a photo via text message from phone number (480)318-5255 on

March 23, 2022. The source knows the phone number to belongs to JAMES WILLIAMS ROBERTS. The source advised that the photo depicted a person believed to be ROBERTS hugging his daughter JANE DOE, who was completely naked. The source knows JANE DOE, has seen JANE DOE in person, and believed JANE DOE to be 16 years old. The face of the person who was hugging JANE DOE could not be seen. However, the source believed the person is ROBERTS because he was wearing a neon shirt, jeans, and a belt buckle with a distinctive pattern, which the source has seen ROBERTS wear before.

3. The DCS investigator obtained the metadata associated with the image sent to the anonymous source. The image showed the title "IMG_2101", the date February 16, 2022, the time 9:23 p.m., and showed that it was taken with an Apple iPhone XR. Additionally, the GPS data attached to the image showed that it was taken at approximately 8517 West Watkins Street, Tolleson, AZ 85353. This was the known home address for ROBERTS at the time.

4. On April 19, 2022, PPD Detectives identified JANE DOE by obtaining an identification photograph from the school she last attended. JANE DOE'S date of birth shows that she is was 15 years old at the time of charged counts. Her home address is listed as 8517 West Watkins Street, Tolleson, AZ 85353, and her father is listed as James Roberts at the same address and with phone number (480)318-5255. The email address listed for Roberts is robertsjames760@gmail.com.

5. On April 12, 2022, PPD Detectives made contact with ROBERTS' step-mother at 6207 S. 99th Avenue, Tolleson, AZ 85353. She stated that she had not seen ROBERTS or JANE DOE in several months and that ROBERTS told her that he was going to move in with his mother who lived in another state.

6. On April 13, 2022, a PPD Detective received five missed calls from telephone number (715)773-0065. A voicemail was left by a person identifying himself as JAMES ROBERTS who was calling in regards to JANE DOE. ROBERTS advised that he could not recall his number to leave for a callback and stated that he had spotty cell service. On April 18, 2022, JAMES ROBERTS left another message asking for a return call at number (715)773-0065.

7. On April 14, 2022, April 15, 2022, April 18, 2022, April 20, 2022, and April 21,

1  2022, PPD attempted to contact JAMES ROBERTS on phone numbers (480)318-5255 and
2  (715)773-0065. On April 22, 2022, PPD obtained a search warrant for location information for
3  phone number (715)773-0065. On April 22, 2022, at 12:08 p.m., the phone number showed to
4  be in the state of Kansas.
5        8. On April 26, 2022, a PPD Detective spoke with JAMES ROBERTS via telephone
6  number (715)773-0065. ROBERTS advised that he withdrew JANE DOE from school several
7  months prior due to her inability to wear a mask at school. ROBERTS also advised that he
8  moved out of 8517 W. Watkins Street and into his parent's place at 6707 S. 99th Avenue.
9  ROBERTS advised that he was currently out of town "chasing work" and was living out of an
10 RV with JANE DOE. He was currently at an unknown worksite in an unknown city in
11 Minnesota. ROBERTS intended to learn how to home school JANE DOE and stated that he
12 would contact PPD at a later time with his exact location.
13       9. On April 26, 2022, PPD obtained a search warrant issued by the Honorable Joshua
14 Boyle, Maricopa County Superior Court, for the iCloud account associated with JAMES
15 WILLIAMS ROBERTS, telephone numbers (480)318-5255 and (715)773-0065 and email
16 address robertsjames760@gmail.com. Apple returned records associated with this account on
17 or about May 2, 2022.
18       10. The Apple iCloud account associated with robertsjames760@gmail.com
19 (SUBJECT ACCOUNT) lists three attached devices – an iPhone XR black, 64GB, with serial
20 number DX3G2JG4KXKN and IMEI 359486323753747, and two iPad 2 devices. The mailing
21 address listed is 8517 W. Watkins St., Tolleson, AZ 85353 and the phone number listed is
22 (480)318-5255.
23       11. A review of the images and videos contained within the SUBJECT ACCOUNT
24 revealed numerous images and videos of JAMES ROBERTS and JANE DOE. In many videos,
25 JANE DOE shakes her bare breasts and/or naked body while JAMES ROBERTS tells her things
26 like "shake it baby" and tells her she's sexy. Some of the videos that JANE DOE is nude in
27 depict her in a house, in a bathroom, in a vehicle, and in an RV. There are some videos where
28 JANE DOE is dressed in a g-string and bra and dances on a stripper pole. JAMES ROBERTS

is only wearing underwear and encourages her to dance by throwing money at her. JANE DOE performs lap dances on JAMES ROBERTS.

12. There are hundreds of videos and images that appear to be from hidden cameras in a bathroom and a bedroom used by JANE DOE. JANE DOE is observed in various states of dress, undress, and bathing in these videos and images.

13. A review of the SUBJECT ACCOUNT revealed the existence of "IMG_2101" as described in Paragraph 3 above.

14. A description of three of the videos found in SUBJECT ACCOUNT is being provided. All of these videos show that they were taken with an Apple iPhone XR.

    a. **IMG_1628.MOV (Count 1)** – This file is a 30 second color video with sound. It depicts JANE DOE completely nude except she is wearing a light colored cowboy hat on her head. She appears to be in a living room and there is a small white Christmas tree in the corner and a bottle of Malibu rum on the table. Music is playing in the background. JANE DOE is dancing, including shaking her breasts, exposing her genitalia, gyrating her hips, and bending over with her buttocks towards the camera. JAMES ROBERTS cannot be seen in the video, but his voice can be heard and he appears to be filming the video while seated on the couch. One of his bare thighs can be seen at the start of the video. JANE DOE almost loses her balance, as she appears to possibly be under the influence of alcohol. JAMES ROBERTS says, "That was sexy. You in the hat is fucking ridic (cuts off)". [The EXIF data of this video shows that it was created on January 10, 2022 at 5:11:20 AM (UTC+0), which would be 10:11:20 PM, Arizona Time, on January 9, 2022. The location associated with the file is +33.4257-112.2439+303.069/. A review of Google Maps places this GPS location at 8517 W. Watkins St., Tolleson, AZ 85353.]

    b. **IMG_2349.MOV (Count 2)** – This file is a 26 second long color video with sound. It depicts JANE DOE who is wearing socks and a tube top or strapless black and white dress. The garment is pulled up to her stomach, exposing her bare buttocks and genitalia. JANE DOE is bent over what appears to be a couch in an RV. She is shaking her buttocks in the air, with her legs spread, exposing her genitalia. JAMES ROBERTS cannot be seen in the

video, but his voice can be heard and he appears to be filming the video. He zooms in on her buttocks and genitalia and says, "Mmm hmm. Shake it. Get down with your bad self....let them titties fall out in the front." JANE DOE turns around and shakes her breasts until they come out the top of the garment. [The EXIF data of this video shows that it was created on March 23, 2022 at 8:05:42 PM (UTC+0), which would be 01:05:42 PM, Arizona Time, on March 23, 2022. The location associated with the file is +33.3897-112.2691+290.925/. A review of Google Maps places this GPS location at 6201 S. 99th Ave., Tolleson, AZ 85353.]

      c. **IMG_2467.MOV (Count 3)** - This is a one minute and 32 second long video. This video was created on April 13, 2022 and does not contain GPS location data, however, cellphone location data places James Roberts in Munds Park, Arizona at the time of the video creation. The video depicts JANE DOE performing oral sex on JAMES ROBERTS. ROBERTS tells JANE DOE, "Get it love bug". He can only be seen from the waist down and JANE DOE is nude. They appear to be in an RV.

      15. On May 11, 2022, U.S. Magistrate Judge Michael T. Morrissey authorized a tracking warrant for the number (715)773-0065 (Case Number: 22-3136MB). This authorization included cell site and location data for the number. On May 27, 2022, Verizon provided data in response to the warrant. An analysis of the data showed that the phone was activated on April 13, 2022 and was located in the area of Munds Park, AZ on April 13, 2022. The phone was then located east of Flagstaff, AZ, headed towards Winslow, AZ, on April 15, 2022. The phone was located in eastern New Mexico on April 16, 2022. On April 18, 2022, the phone location was near Wichita, Kansas.

      16. Your affiant has reviewed the school image of JANE DOE and the female depicted appears to be the same as the female depicted in the images and videos in the SUBJECT ACCOUNT. The Arizona Driver's License image of JAMES WILLIAMS ROBERTS appears to be the same individual as the adult male depicted in the videos and images in the SUBJECT ACCOUNT.

## CONCLUSION

      17. Based on the foregoing, I believe that there is probable cause that JAMES

WILLIAMS ROBERTS knowingly produced child pornography in violation of 18 U.S.C. §§ 2251(a) and (e); and 2256.

Respectfully submitted,

CANDACE M. ROSE
Special Agent
Federal Bureau of Investigation

Subscribed and sworn electronically this 6 of June, 2022.

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge